# Exhibit A

| CAUTION: NOT TO BE USED FOR IDENTIFICATION PURPOSES | THIS IS AN IMPORTANT RECORD SAFEGUARD IT | | ANY ALTERATIONS IN SHADED AREAS RENDER FORM VOID |
|---|---|---|---|
| **DD FORM 214** 1 JUL 79 | PREVIOUS EDITIONS OF THIS FORM ARE OBSOLETE | PERS 073 | **CERTIFICATE OF RELEASE OR DISCHARGE FROM ACTIVE DUTY** |

| 1. NAME (Last, first, middle) | 2. DEPARTMENT, COMPONENT AND BRANCH | 3. SOCIAL SECURITY NO |
|---|---|---|
| STEFFANIDES, Stephan Michael | NAVY – USN | ■■■ |

| 4a. GRADE, RATE OR RANK | 4b. PAY GRADE | 5. DATE OF BIRTH | 6. PLACE OF ENTRY INTO ACTIVE DUTY |
|---|---|---|---|
| AZAR | E1 | ■ | OAKLAND, CA |

| 7. LAST DUTY ASSIGNMENT AND MAJOR COMMAND | 8. STATION WHERE SEPARATED |
|---|---|
| USS ABRAHAM LINCOLN (CVN 72) | USS ABRAHAM LINCOLN (CVN 72) at NORFOLK VA |

| 9. COMMAND TO WHICH TRANSFERRED | 10. SGLI COVERAGE |
|---|---|
| NA | AMOUNT $ _____,000   ☒ NONE |

| 11. PRIMARY SPECIALTY NUMBER, TITLE AND YEARS AND MONTHS IN SPECIALTY (Additional specialty numbers and titles involving periods of one or more years) | 12. RECORD OF SERVICE | YEAR(s) | MON (s) | DAY (s) |
|---|---|---|---|---|
| AZ – 0000 | a. Date Entered AD This Period | 88 | SEP | 28 |
| | b. Separation Date This Period | 89 | DEC | 22 |
| | c. Net Active Service This Period | 01 | 02 | 28 |
| | d. Total Prior Active Service | 00 | 00 | 00 |
| | e. Total Prior Inactive Service | 00 | 00 | 06 |
| | f. Foreign Service | 00 | 00 | 00 |
| | g. Sea Service | 00 | 07 | 22 |
| | h. Effective Date of Pay Grade | 89 | AUG | 25 |
| | i. Reserve Oblig. Term. Date | NA | | |

13. DECORATIONS, MEDALS, BADGES, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED (All periods of service)

14. MILITARY EDUCATION (Course Title, number weeks, and month and year completed)
Recruit Training, 8 weeks, DEC 88; AZ Class "A" School, 8 weeks, FEB 89;

| 15. MEMBER CONTRIBUTED TO POST-VIETNAM ERA VETERANS' EDUCATIONAL ASSISTANCE PROGRAM ☐ YES ☒ NO | 16. HIGH SCHOOL GRADUATE OR EQUIVALENT ☒ YES ☐ NO | 17. DAYS ACCRUED LEAVE PAID NONE |
|---|---|---|

18. REMARKS
Medical and Dental examination completed on 89DEC20 90 days within discharge from Active Duty.

| 19. MAILING ADDRESS AFTER SEPARATION | 20. MEMBER REQUESTS COPY 6 BE SENT TO CA DIR. OF VET AFFAIRS ☐ YES ☒ NO |
|---|---|

| 21. SIGNATURE OF MEMBER BEING SEPARATED | 22. TYPED NAME, GRADE, TITLE AND SIGNATURE OF OFFICIAL AUTHORIZED TO SIGN |
|---|---|
| | "J" "D" GOODWIN, PNC, USN, ASSTPERSOFF BY DIR CO |

SPECIAL ADDITIONAL INFORMATION (For use by authorized agencies only)

| 23. TYPE OF SEPARATION | 24. CHARACTER OF SERVICE (Includes upgrades) |
|---|---|
| Discharged | UNDER OTHER THAN HONORABLE CONDITIONS |

| 25. SEPARATION AUTHORITY | 26. SEPARATION CODE | 27. REENLISTMENT CODE |
|---|---|---|
| MILPERSMAN 3630400 | GKA | RE-4 |

28. NARRATIVE REASON FOR SEPARATION   HOMOSEXUALITY – engaged in, attempted to engage in, or solicited another to engage in a homosexual act or acts

| 29. DATES OF TIME LOST DURING THIS PERIOD | 30. MEMBER REQUESTS COPY 4 |
|---|---|
| TL: 89APR17 to 89APR30 | INITIALS |

S/N 0102-LF-000-2140          SERVICE - 7

7