1  JOCELYN D. LARKIN (SBN 110817)               BRIAN M. BOYNTON
   jlarkin@impactfund.org                          Principal Deputy Assistant Attorney
2  IMPACT FUND                                     General
   2080 Addison Street, Suite 5                 ALEXANDER K. HAAS
3  Berkeley, CA 94704                              Director, Federal Programs Branch
   Telephone:    (510) 845-3473                 CARLOTTA WELLS
4  Facsimile:    (510) 845-3654                    Assistant Branch Director
                                                ANDREW E. CARMICHAEL
5  ELIZABETH KRISTEN (SBN 218227)                  Senior Trial Counsel
   ekristen@legalaidatwork.org                     Civil Division, Federal Programs Branch
6  LEGAL AID AT WORK                            U.S. Department of Justice
   180 Montgomery Street, Suite 600             1100 L St., N.W.
7  San Francisco, CA 94104                      Washington, D.C.  20005
   Telephone:    (415) 864-8848                 Telephone: (202) 514-3346
8  Facsimile:    (415) 593-0096                 E-mail: andrew.e.carmichael@usdoj.gov

9  DAVID K. WILLINGHAM (SBN 198874)             *Counsel for Defendants*
   dwillingham@kslaw.com
10 KING & SPALDING LLP
   633 West Fifth Street, Suite 1600
11 Los Angeles, CA 90071
   Telephone:    (213) 443-4433
12 Facsimile:    (213) 443-4310

13 *Counsel for Plaintiffs*
   (Additional Counsel with Signatures)
14

15                **UNITED STATES DISTRICT COURT**

16               **NORTHERN DISTRICT OF CALIFORNIA**

17

18  SHERRILL FARRELL, *et. al.*,

19                          Plaintiffs,          CASE NO.  3:23-cv-4013 JCS

20              v.                               **STIPULATED REQUEST AND**
                                                 **[PROPOSED] ORDER TO SET**
21  UNITED STATES DEPARTMENT OF                  **BRIEFING SCHEDULE FOR**
    DEFENSE, *et. al.*,                          **DEFENDANTS' MOTION TO**
22                                               **DISMISS AND STAY DEFENDANTS'**
                         Defendants.             **DEADLINE TO RESPOND TO**
23                                               **PLAINTIFFS' MOTION FOR CLASS**
                                                 **CERTIFICATION**
24

25

26

27

28
*Farrell v. DoD*, No. 3:23-cv-4013 JCS
Stipulated Request and [Proposed] Order to Set Briefing Schedule for Defendants' Motion to Dismiss
And to Stay Defendants' Deadline to Respond to Plaintiffs' Motion for Class Certification

Pursuant to Local Rules 6-2 and 7-12, Plaintiffs and Defendants jointly request to set a briefing schedule for Defendants' forthcoming Motion to Dismiss Plaintiffs' First Amended Complaint, Dkt. 43, and to stay Defendants' deadline to respond to Plaintiffs' Motion for Class Certification.

In support of this request the parties stipulate as follows:

1.      Plaintiffs filed their First Amended Complaint on October 26, 2023.  Dkt. 43.

2.      Defendants intend to respond to Plaintiffs' First Amended Complaint with a Motion to Dismiss.

3.      The parties have met and conferred and negotiated the following schedule to brief Defendants' forthcoming motion:

     a.   Defendants' Motion to Dismiss will be due by November 17, 2023.

     b.   Plaintiffs' Response will be due by December 8, 2023.

     c.   Defendants' Reply will be due by December 22, 2023.

4.      This schedule accounts for the respective workload of counsel for both parties as well as the upcoming Thanksgiving holiday.

5.      Further, on October 31, 2023, for jurisdictional reasons, Plaintiffs filed a Motion for Class Certification.  Dkt. 45.

6.      The parties believe that it will be most efficient to fully brief and have the Court hear argument on Defendants' forthcoming Motion to Dismiss before briefing Plaintiffs' Motion for Class Certification.  Accordingly, the parties jointly request that Defendants' deadline to respond to Plaintiffs' Motion for Class Certification be temporarily stayed.

7.      The parties will be prepared to discuss a schedule to address Plaintiffs' Motion for Class Certification at the initial Case Management Conference currently set for January 26, 2024.

*Farrell v. DoD*, No. 3:23-cv-4013 JCS
Stipulated Request and [Proposed] Order to Set Briefing Schedule for Defendants' Motion to Dismiss
And to Stay Defendants' Deadline to Respond to Plaintiffs' Motion for Class Certification

1

1    A proposed order is attached.

2

3    DATED:  November 10, 2023                Jocelyn Larkin (SBN 110817)
                                              Lindsay Nako (SBN 239090)
                                              Fawn Rajbhandari-Korr (SBN 315888)
4                                             Meredith Dixon (SBN 346864)
                                              IMPACT FUND
5
                                              Elizabeth Kristen (SBN 218227)
6                                             Lynnette Miner (SBN 304276)
                                              LEGAL AID AT WORK
7
                                              David K. Willingham (SBN 198874)
8                                             Chelsea Corey (admitted *pro hac vice*)
                                              Radha Manthe (admitted *pro hac vice*)
9                                             Rachel Yeung (SBN 317361)
                                              KING & SPALDING LLP
10
                                              By: /s/ *Jocelyn D. Larkin*
11                                                JOCELYN D. LARKIN

12                                                *Counsel for Plaintiffs*

13

14    DATED:  November 10, 2023                BRIAN M. BOYNTON
                                                 Principal Deputy Assistant Attorney
                                                 General
15                                            ALEXANDER K. HAAS
                                                 Director, Federal Programs Branch
16                                            CARLOTTA WELLS
                                                 Assistant Branch Director
17                                            ANDREW E. CARMICHAEL
                                                 Senior Trial Counsel
18
                                              By: /s/ *Andrew E. Carmichael*
19                                                ANDREW E. CARMICHAEL

20                                                *Counsel for Defendants*

21

22

23

24

25

26

27
*Farrell v. DoD*, No. 3:23-cv-4013 JCS
Stipulated Request and [Proposed] Order to Set Briefing Schedule for Defendants' Motion to Dismiss
And to Stay Defendants' Deadline to Respond to Plaintiffs' Motion for Class Certification

2

1

2

## ATTESTATION PURSUANT TO CIV. L.R. 5-1(i)(3)

3

I, Andrew E. Carmichael, am the ECF User whose identification and password are being

4

used to file this Stipulated Request to Reschedule the Case Management Conference.  In

5

compliance with Civil Local Rule 5-1(i)(3), I hereby attest that all signatories have concurred in

6

this filing.

7
                                        */s/  Andrew E. Carmichael*

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

*Farrell v. DoD*, No. 3:23-cv-4013 JCS
Stipulated Request and [Proposed] Order to Set Briefing Schedule for Defendants' Motion to Dismiss
And to Stay Defendants' Deadline to Respond to Plaintiffs' Motion for Class Certification

3

1
2

**[~~PROPOSED~~] ORDER**

3
4

PURSUANT TO STIPULATION, IT IS ORDERED **AS MODIFIED** that:

5
6

    1.  The parties will adhere to the following briefing schedule for Defendants to respond to Plaintiffs' First Amended Complaint, Dkt. 43:

7

        a.  Defendants' Motion to Dismiss will be due by November 17, 2023.

8

        b.  Plaintiffs' Response will be due by December 8, 2023.

9

        c.  Defendants' Reply will be due by December 22, 2023.

10

        d.  **Motion to Dismiss will be heard on January 19, 2024, at 9:30 AM by Zoom video. Zoom Webinar ID: 161 926 0804. Passcode: 050855**.

11
12

    2.  **Plaintiffs' Motion for Class Certification is DENIED without prejudice to re-filing after a ruling on the Motion to Dismiss.**

13
14

    3.  **The Initial Case Management Conference set for January 26, 2024, is ADVANCED to January 19, 2024, at 9:30 AM to occur after the hearing on the Motion to Dismiss.**

15
16
17

    4.  **Case management conference statement due January 12, 2024.**

18
19

DATED:  November 14, 2023

                                _____
                                  HON. JOSEPH C. SPERO
                                  United States Magistrate Judge

20
21
22
23
24
25
26
27

*Farrell v. DoD*, No. 3:23-cv-4013 JCS
Stipulated Request and [Proposed] Order to Set Briefing Schedule for Defendants' Motion to Dismiss
And to Stay Defendants' Deadline to Respond to Plaintiffs' Motion for Class Certification

4