| | |
|---|---|
| JOCELYN D. LARKIN (SBN 110817)<br>jlarkin@impactfund.org<br>IMPACT FUND<br>2080 Addison Street, Suite 5<br>Berkeley, CA 94704<br>Telephone:  (510) 845-3473<br>Facsimile:  (510) 845-3654<br><br>ELIZABETH KRISTEN (SBN 218227)<br>ekristen@legalaidatwork.org<br>LEGAL AID AT WORK<br>180 Montgomery Street, Suite 600<br>San Francisco, CA 94104<br>Telephone:  (415) 864-8848<br>Facsimile:  (415) 593-0096<br><br>DAVID K. WILLINGHAM (SBN 198874)<br>dwillingham@kslaw.com<br>KING & SPALDING LLP<br>633 West Fifth Street, Suite 1600<br>Los Angeles, CA 90071<br>Telephone:  (213) 443-4433<br>Facsimile:  (213) 443-4310<br><br>*Counsel for Plaintiffs*<br>(Additional Counsel with Signatures) | BRIAN M. BOYNTON<br>  Principal Deputy Assistant Attorney<br>  General<br>ALEXANDER K. HAAS<br>  Director, Federal Programs Branch<br>LAUREN A. WETZLER<br>  Deputy Director, Federal Programs Branch<br>ANDREW E. CARMICHAEL<br>  Senior Trial Counsel<br>  Civil Division, Federal Programs Branch<br>U.S. Department of Justice<br>1100 L St., N.W.<br>Washington, D.C.  20005<br>Telephone: (202) 514-3346<br>E-mail: andrew.e.carmichael@usdoj.gov<br><br>*Counsel for Defendants* |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHERRILL FARRELL, *et. al.*,<br><br>               Plaintiffs,<br><br>       v.<br><br>UNITED STATES DEPARTMENT OF DEFENSE, *et. al.*,<br><br>               Defendants. | CASE NO.  3:23-cv-4013 JCS<br><br>**JOINT STATUS REPORT AND REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER** |

*Farrell v. DoD*, No. 3:23-cv-4013 JCS
Joint Status Report and Request to Continue
Case Management Conference and [Proposed] Order

Pursuant to Civil Local Rules 6-2 and 7-12, the parties provide the following joint status report and stipulated request that the Court continue the Further Case Management Conference currently set for July 31, 2024, to October 16, 2024, and extend the deadline to file the Case Management Statement from July 24, 2024, until October 9, 2024. The parties submit this request to give them an opportunity to explore settlement and potentially avoid the need to further tax the court's resources.

In support of this request the parties state as follows:

1. On June 20, 2024, the Court denied Defendants' Motion to Dismiss the Amended Complaint and set a Further Case Management Conference for July 17, 2024. *See* Dkt. No. 67.

2. On June 28, 2024, the Court granted the parties' request to reschedule the Further Case Management Conference from July 17, 2024, until July 31, 2024, due to scheduling conflicts. Dkt. No. 68; Dkt. 69.

3. Over the past few weeks counsel for the parties have met and conferred on multiple occasions and both parties have expressed a desire to explore the possibility of settlement in this matter. Declaration of Andrew E. Carmichael ¶¶ 2, 3.

4. Counsel for the parties expect to continue to meet and confer virtually (and hopefully in person) over the next two months and to exchange settlement proposals. *Id.* ¶ 4.

5. Accordingly, so the parties may focus their efforts on a potential settlement of this matter and avoid unnecessary litigation costs and expenses, the parties request to continue the Further Case Management Conference until October 16, 2024, and extend the deadline to file the Case Management Statement until October 9, 2024.

6. The parties further request that they be ordered to file a Joint Status Report informing the Court of the progress of settlement negotiations on or before September 25, 2024.

*Farrell v. DoD*, No. 3:23-cv-4013 JCS
Joint Status Report and Request to Continue
Case Management Conference and [~~Proposed~~] Order

1

7. This is the parties' second request to modify the schedule for the Further Case Management Conference in this case. The requested modification will not impact the schedule for the case because no further schedule has yet been set. *Id.* ¶¶ 5, 6. A proposed order is attached.

DATED: July 22, 2024

Jocelyn Larkin (SBN 110817)
Lindsay Nako (SBN 239090)
Lori Rifkin (SBN 244081)
Fawn Rajbhandari-Korr (SBN 315888)
Meredith Dixon (SBN 346864)
IMPACT FUND

Elizabeth Kristen (SBN 218227)
Lynnette Miner (SBN 304276)
LEGAL AID AT WORK

David K. Willingham (SBN 198874)
Chelsea Corey (admitted *pro hac vice*)
Radha Manthe (admitted *pro hac vice*)
Rachel Yeung (SBN 317361)
KING & SPALDING LLP

By: /s/ *Jocelyn D. Larkin*
     JOCELYN D. LARKIN

*Counsel for Plaintiffs*

DATED: July 22, 2024

BRIAN M. BOYNTON
  Principal Deputy Assistant Attorney General
ALEXANDER K. HAAS
  Director, Federal Programs Branch
LAUREN A. WETZLER
  Deputy Director, Federal Programs Branch
ANDREW E. CARMICHAEL
  Senior Trial Counsel

By: /s/ *Andrew E. Carmichael*
     ANDREW E. CARMICHAEL

*Counsel for Defendants*

*Farrell v. DoD*, No. 3:23-cv-4013 JCS
Joint Status Report and Request to Continue
Case Management Conference and [~~Proposed~~] Order

2

## ATTESTATION PURSUANT TO CIV. L.R. 5-1(i)(3)

I, Andrew E. Carmichael, am the ECF User whose identification and password are being used to file this Stipulated Request to Reschedule the Case Management Conference. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that all signatories have concurred in this filing.

                  /s/ Andrew E. Carmichael

*Farrell v. DoD*, No. 3:23-cv-4013 JCS
Joint Status Report and Request to Continue
Case Management Conference and [Proposed] Order

3

# [~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, IT IS ORDERED that:

1. The Further Case Management Conference set for July 31, 2024, is continued until October 16, 2024.
2. Case Management Statement due by October 9, 2024.
3. Joint Status Report due by September 25, 2024.

DATED: July 23, 2024

HON. JOSEPH C. SPERO
United States Magistrate Judge

*Farrell v. DoD*, No. 3:23-cv-4013 JCS
Joint Status Report and Request to Continue
Case Management Conference and [~~Proposed~~] Order

4