| | |
|---|---|
| | **UNITED STATES DISTRICT COURT** |
| | **NORTHERN DISTRICT OF CALIFORNIA** |

| | |
|---|---|
| SHERRILL FARRELL, JAMES GONZALES, HAYDEN POWELL, JULIANNE "JULES" SOHN, STEPHAN "LILLY" STEFFANIDES, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>UNITED STATES DEPARTMENT OF DEFENSE; LLOYD J. AUSTIN III, Secretary, United States Department of Defense, in his official capacity; CHRISTINE WORMUTH, Secretary, United States Army, in her official capacity; CARLOS DEL TORO, Secretary, United States Navy, in his official capacity; FRANK KENDALL, Secretary, United States Air Force, in his official capacity,<br><br>Defendants. | Case No.: 3:23-CV-04013-JCS<br><br>CIVIL RIGHTS ACTION<br><br>CLASS ACTION<br><br>**[PROPOSED] ORDER RE: CONDITIONAL CLASS CERTIFICATION, PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, AND REASONABLE ATTORNEYS' FEES AND COSTS**<br><br>Judge: Hon. Joseph Spero<br>Date: February 12, 2025<br>Time: 9:30 a.m.<br>Location: Courtroom D, 15th Floor |

# [PROPOSED] ORDER

The Court has reviewed Plaintiffs' motion for conditional class certification, preliminary approval of the class action settlement and reasonable attorneys' fees and costs, the memorandum and declarations filed in support of the motion, the Settlement Agreement and proposed Class Notice, and relevant filings in the case. Good cause appearing and pursuant to Federal Rule of Civil Procedure 23, the Court conditionally certifies the Settlement Class and grants preliminary approval of the class action settlement, and finds as follows:

1. The Court will likely be able to certify the proposed class for the purposes of settlement, and conditionally certifies the Settlement Class, defined as: "Veterans of the United States Army, Navy, Air Force, and Marine Corps who were administratively separated prior to September 20, 2011, and whose most recent Service separation document shows their basis for discharge was sexual orientation, homosexual conduct, homosexual admission, homosexual marriage, similar language, or a policy title or number signifying separation for sexual orientation."

2. Plaintiffs have demonstrated that the proposed class is so numerous that joinder is impractical, satisfying Rule 23(a)(1); that there are questions of law and fact common to the proposed class, satisfying Rule 23(a)(2); and that a class action is superior to other available means of adjudicating this dispute.

3. Named Plaintiffs Sherrill Farrell, James Gonzales, Jules Sohn, and Lilly Steffanides have demonstrated that their claims are typical of those of the class, satisfying Rule 23(a)(3), and that they will fairly and adequately represent the class, satisfying Rule 23(a)(4). Accordingly, the Court appoints Sherrill Farrell, James Gonzales, Jules Sohn, and Lilly Steffanides as Class Representatives.

4. Pursuant to Federal Rule of Civil Procedure 23(g), the Court appoints Impact Fund, Legal Aid at Work, King & Spalding LLP, and Haynes and Boone, LLP as Class Counsel for the Settlement Class.

5. The Court will likely be able to approve the proposed settlement as fair, reasonable, and adequate under Federal Rule of Civil Procedure 23(e)(2), including its provisions

for appropriate class notice and reasonable attorneys' fees and costs. The Court authorizes provision of class notice as set forth in the Settlement Agreement.

6. The Court sets the class member response deadline for objections as 60 days from the date this order is entered.

7. The Court will hold a hearing on entry of final approval of the settlement and an award of fees and expenses to Class Counsel 60 days from the date this order is entered.

It is therefore ORDERED that Plaintiffs' Motion for Conditional Class Certification and Preliminary Approval of Class Action Settlement is GRANTED.

DATED: _____, 2025

_____
HON. JOSEPH SPERO
Chief Magistrate Judge