JOCELYN D. LARKIN (SBN 110817)
jlarkin@impactfund.org
IMPACT FUND
2080 Addison Street, Suite 5
Berkeley, CA 94704
Telephone:     (510) 845-3473
Facsimile:     (510) 845-3654

ELIZABETH KRISTEN (SBN 218227)
ekristen@legalaidatwork.org
LEGAL AID AT WORK
180 Montgomery Street, Suite 600
San Francisco, CA 94104
Telephone:     (415) 864-8848
Facsimile:     (415) 593-0096

DAVID K. WILLINGHAM (SBN 198874)
dwillingham@kslaw.com
KING & SPALDING LLP
633 West Fifth Street, Suite 1600
Los Angeles, CA 90071
Telephone:     (213) 443-4433
Facsimile:     (213) 443-4310

*Counsel for Plaintiffs*

CHELSEA COREY (admitted *pro hac vice*)
chelsea.corey@haynesboone.com
HAYNES AND BOONE, LLP
50 S. Tryon Street, Suite 700
Telephone: (980) 771-8251
Facsimile: (980) 771-8201
*Counsel for Plaintiffs (cont.)*
(Additional Counsel with Signatures)

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
ALEXANDER K. HAAS
Director, Federal Programs Branch
LAUREN A. WETZLER
Deputy Director, Federal Programs Branch
ANDREW E. CARMICHAEL
Senior Trial Counsel
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L St., N.W.
Washington, D.C. 20005
Telephone: (202) 514-3346
E-mail: andrew.e.carmichael@usdoj.gov

*Counsel for Defendants*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERRILL FARRELL, JAMES GONZALES, HAYDEN POWELL, JULIANNE "JULES" SOHN, STEPHAN "LILLY" STEFFANIDES, individually and on behalf of all others similarly situated<br><br>     Plaintiffs,<br><br>   v.<br><br>UNITED STATES DEPARTMENT OF DEFENSE; LLOYD J. AUSTIN III, Secretary, United States Department of Defense, in his official capacity; CHRISTINE WORMUTH, Secretary, United States Army, in her official capacity; CARLOS DEL TORO, Secretary, United States Navy, in his official capacity; FRANK KENDALL, Secretary, United States Air Force, in his official capacity,<br>        Defendants. | CASE NO.  3:23-cv-4013-JCS<br><br>**JOINT STIPULATION TO DISMISS HAYDEN POWELL AND [PROPOSED] ORDER** |

Pursuant to Federal Rule of Civil Procedure 41(A)(1)(a)(ii) and Northern District of California Civil Local Rule 7-12, the parties jointly stipulate that Hayden Powell is dismissed from this action without prejudice.  Subsequent to Plaintiffs' filing of the operative complaint, Ms. Powell received a partial correction of her military record, removing reference to sexual orientation from her DD-214.  Given that Ms. Powell is no longer a member of the proposed class, she is not offered as a Class Representative, and the parties jointly stipulate that she be dismissed without prejudice from the lawsuit.  A proposed order is attached.

DATED:  January 6, 2025

Jocelyn Larkin (SBN 110817)
Lindsay Nako (SBN 239090)
Lori Rifkin (SBN 244081)
Fawn Rajbhandari-Korr (SBN 315888)
Meredith Dixon (SBN 346864)
IMPACT FUND

Elizabeth Kristen (SBN 218227)
Lynnette Miner (SBN 304276)
LEGAL AID AT WORK

David K. Willingham (SBN 198874)
Radha Manthe (admitted *pro hac vice*)
Rachel Yeung (SBN 317361)
KING & SPALDING LLP

Chelsea Corey (admitted *pro hac vice*)
HAYNES AND BOONE, LLP


By: _____
       Lori Rifkin
       *Counsel for Plaintiffs*

DATED:  January 6, 2025

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
ALEXANDER K. HAAS
Director, Federal Programs Branch
LAUREN A. WETZLER
Deputy Director, Federal Programs Branch
ANDREW E. CARMICHAEL
Senior Trial Counsel

By:  __/s/ Andrew Carmichael_____
       Andrew Carmichael
       *Counsel for Defendants*

*Farrell, et al., v. Department of Defense, et al.*, No. 3:23-cv-4013-JCS
Joint Stipulation to Dismiss Hayden Powell and [Proposed] Order

1

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS ORDERED that:

Plaintiff Hayden Powell is dismissed from this action without prejudice.


DATED:  _____, 2025

_____
HON. JOSEPH C. SPERO
United States Magistrate Judge

*Farrell, et al., v. Department of Defense, et al.*, No. 3:23-cv-4013-JCS
Joint Stipulation to Dismiss Hayden Powell and [Proposed] Order

2