BRIAN M. BOYNTON
  Principal Deputy Assistant Attorney General
ALEXANDER K. HAAS
  Director, Federal Programs Branch
LAUREN A. WETZLER
  Deputy Director, Federal Programs Branch
ANDREW E. CARMICHAEL
  Senior Trial Counsel
LIAM C. HOLLAND
  Trial Attorney
  Civil Division, Federal Programs Branch
  U.S. Department of Justice
  1100 L St., N.W.
  Washington, D.C. 20005
  Telephone: (202) 514-4964
  E-mail: liam.c.holland@usdoj.gov

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERRILL FARRELL, *et. al.*,<br><br>  Plaintiffs,<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF DEFENSE, *et. al.*,<br><br>  Defendants. | CASE NO. 3:23-cv-4013 JCS<br><br>**STATEMENT OF NONOPPOSITION** |

PLEASE TAKE NOTICE, pursuant to Civil Local Rule 7-3(b), that Defendants the United States Department of Defense; Lloyd J. Austin III, in his official capacity as Secretary of the Department of Defense; Christine Wormuth, in her official capacity as Secretary of the Army; Carlos Del Toro, in his official capacity as Secretary of the Navy; and Frank Kendall, in his official capacity as Secretary of the Air Force, by and through undersigned counsel, and consistent with the parties' proposed settlement, do not oppose Plaintiffs' Motion for Conditional Class Certification, Preliminary Approval of Class Action Settlement, and Reasonable Attorneys' Fees and Costs, ECF No. 82. Defendants request that the Court consider this matter submitted on the papers. Plaintiffs' motion should be deemed submitted for immediate determination without hearing.

Dated: January 6, 2025                    Respectfully submitted,

BRIAN M. BOYNTON
   Principal Deputy Assistant Attorney
   General
ALEXANDER K. HAAS
   Director, Federal Programs Branch
LAUREN A. WETZLER
   Deputy Director, Federal Programs Branch
ANDREW E. CARMICHAEL
   Senior Trial Counsel
LIAM C. HOLLAND
   Trial Attorney

By:  /s/ Liam C. Holland
    LIAM C. HOLLAND

*Counsel for Defendants*