| | |
|---|---|
| JOCELYN LARKIN (SBN 110817)<br>jlarkin@impactfund.org<br>**IMPACT FUND**<br>2080 Addison Street, Suite 5<br>Berkeley, CA 94704<br>Telephone: (510) 845-3473<br>Facsimile: (510) 845-3654 | ELIZABETH KRISTEN (SBN 218227)<br>Elizabeth.kristen@cwlc.org<br>**CALIFORNIA WOMEN'S LAW CENTER**<br>360 N. Pacific Coast Hwy., Ste. 2070<br>El Segundo, CA 90245<br>Telephone: (323) 951-1041 |
| DAVID WILLINGHAM (SBN 198874)<br>dwillingham@kslaw.com<br>**KING & SPALDING, LLP**<br>633 West Fifth Street, Suite 16006<br>Los Angeles, CA 90071<br>Telephone: (213) 443-4433<br>Facsimile:(213) 443-4310 | CHELSEA COREY (*pro hac vice*)<br>chelsea.corey@haynesboone.com<br>**HAYNES AND BOONE, LLP**<br>50 S. Tryon Street, Suite 700<br>Charlotte, NC 28202<br>Telephone: (980) 771-8251<br>Facsimile: (980) 771-8201 |

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERRILL FARRELL, JAMES GONZALES, JULIANNE "JULES" SOHN, STEPHAN "LILLY" STEFFANIDES, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>UNITED STATES DEPARTMENT OF DEFENSE; LLOYD J. AUSTIN III, Secretary, United States Department of Defense, in his official capacity; CHRISTINE WORMUTH, Secretary, United States Army, in her official capacity; CARLOS DEL TORO, Secretary, United States Navy, in his official capacity; FRANK KENDALL, Secretary, United States Air Force, in his official capacity,<br><br>Defendants. | Case No.: 3:23-CV-04013-JCS<br><br>CIVIL RIGHTS ACTION<br><br>CLASS ACTION<br><br>**DECLARATION OF ELIZABETH KRISTEN IN SUPPORT OF JOINT STIPULATION TO SUBSTITUTE CLASS COUNSEL & MOTION FOR CLASS CERTIFICATION, FINAL APPROVAL OF CLASS ACTION SETTLEMENT, AND REASONABLE ATTORNEYS' FEES AND COSTS**<br><br>Judge: Hon. Joseph Spero<br>Date: March 12, 2025<br>Time: 9:30 a.m.<br>Location: Courtroom D, 15th Floor |

I, Elizabeth Kristen, declare as follows:

1. I am counsel for Plaintiffs. I was a Senior Staff Attorney at Legal Aid at Work (LAAW) until February 2, 2025. As of February 18, 2025, I will begin serving as Legal Director of the California Women's Law Center. I am a member in good standing of the State Bar of California and am admitted to the Northern District of California, among other courts.

2. I am providing this Declaration in support of the Joint Stipulation to Substitute Class Counsel and Plaintiffs' Motion for Class Certification, Final Approval of Class Action Settlement, and Reasonable Attorneys' Fees and Costs, in order to provide additional information about the California Women's Law Center. I have personal knowledge of the facts contained in this declaration and, if called as a witness, am competent to testify to those facts.

**California Women's Law Center Expertise**

3. The California Women's Law Center was founded in 1989. CWLC is dedicated to advancing gender equity in California and beyond. CWLC represents clients in class actions and has been appointed as class counsel in a number of matters including *J.D., et al. v. Mt. Diablo Unified School District*, No. 24-cv-908 (N.D. Cal. 2024), *Ollier v. Sweetwater Union High School District*, 858 F. Supp. 2d 1093 (S.D. Cal. 2012), *aff'd* 768 F.3d 843 (9th Cir. 2014); and *Cruz v. Alhambra*, No. 04-1460 (C.D. Cal. 2004).

4. CWLC has represented veterans in a variety of legal matters and has maintained projects focusing on the needs of women veterans. CWLC is committed to representing the class in this matter.

5. In my previous declaration in support of the Plaintiffs' Motion for Preliminary Approval, I detailed my class action experience. ECF No. 82-2 at ¶8. I will continue to competently represent the class in my new role at CWLC.

**Attorneys' Fees and Costs**

6. The Settlement provides Plaintiffs' counsel with $350,000 in reasonable attorneys' fees and costs. The amount and distribution of attorneys' fees and costs will not change as a result

//

//

DECLARATION OF ELIZABETH KRISTEN                    CASE NO.: 3:23-CV-04013-JCS

1

of the substitution of CWLC for LAAW.

I declare under penalty of perjury under the laws of the State of California and of the United States that the foregoing is true and correct, and that this declaration was executed this 11th day of February 2025, in Napa, California.

_____
Elizabeth Kristen

Attorneys for Plaintiffs and
Proposed Settlement Class