| | |
|---|---|
| JOCELYN D. LARKIN (SBN 110817) <br> jlarkin@impactfund.org <br> IMPACT FUND <br> 2080 Addison Street, Suite 5 <br> Berkeley, CA 94704 <br> Telephone: (510) 845-3473 <br> Facsimile: (510) 845-3654 <br><br> ELIZABETH KRISTEN (SBN 218227) <br> Elizabeth.kristen@cwlc.org <br> CALIFORNIA WOMEN'S LAW CENTER <br> 360 N. Pacific Coast Hwy., Suite 2070 <br> El Segundo, CA 90245 <br> Telephone: (323) 951-1041 <br><br> DAVID K. WILLINGHAM (SBN 198874) <br> dwillingham@kslaw.com <br> KING & SPALDING LLP <br> 633 West Fifth Street, Suite 1600 <br> Los Angeles, CA 90071 <br> Telephone: (213) 443-4433 <br> Facsimile: (213) 443-4310 <br><br> *Counsel for Plaintiffs* <br> *(Additional Counsel listed on Signature Page)* | CHELSEA COREY (admitted *pro hac vice*) <br> chelsea.corey@haynesboone.com <br> HAYNES AND BOONE, LLP <br> 50 S. Tryon Street, Suite 700 <br> Telephone: (980) 771-8251 <br> Facsimile: (980) 771-8201 <br> *Counsel for Plaintiffs (cont.)* <br> (Additional Counsel with Signatures) <br><br> BRETT A. SHUMATE <br>    Acting Assistant Attorney General <br> ALEXANDER K. HAAS <br>    Director, Federal Programs Branch <br> LAUREN A. WETZLER <br>    Deputy Director, Federal Programs Branch <br> ANDREW E. CARMICHAEL <br>    Senior Trial Counsel <br> LIAM C. HOLLAND <br>    Trial Attorney <br> Civil Division, Federal Programs Branch <br> U.S. Department of Justice <br> 1100 L St., N.W. <br> Washington, D.C. 20005 <br> Telephone: (202) 514-4964 <br> E-mail: liam.c.holland@usdoj.gov <br><br> *Counsel for Defendants* |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHERRILL FARRELL, *et al.*, individually and on behalf of all others similarly situated <br><br>                 Plaintiffs, <br><br>       v. <br><br> UNITED STATES DEPARTMENT OF DEFENSE; *et al.*, <br><br>                 Defendants. | CASE NO. 3:23-cv-4013-JCS <br><br> **JOINT STIPULATION TO SUBSTITUTE THE CALIFORNIA WOMEN'S LAW CENTER FOR LEGAL AID AT WORK AND [PROPOSED] ORDER** |

1  Whereas the Court appointed Legal Aid at Work one of class counsel for the conditionally-certified settlement class in its January 8, 2025 Order, ECF 85.

Whereas, Elizabeth Kristen is leaving her job at Legal Aid at Work and will be serving as the Legal Director at the California Women's Law Center (CWLC) as of February 18, 2025.

Whereas, Ms. Kristen was the lead and primary Legal Aid at Work lawyer currently working on this matter and will be available to continue working on this matter as part of her employment with CWLC.

Whereas, Ms. Kristen will continue to competently represent the class at CWLC and will submit a declaration detailing CWLC's class action experience.

Therefore, it is stipulated that Ms. Kristen and CWLC will be substituted as class counsel for Legal Aid at Work.

DATED: February 12, 2025

By: /s/ Lori Rifkin/

Jocelyn Larkin (SBN 110817)
Lindsay Nako (SBN 239090)
Lori Rifkin (SBN 244081)
Fawn Rajbhandari-Korr (SBN 315888)
Meredith Dixon (SBN 346864)
IMPACT FUND

Elizabeth Kristen (SBN 218227)
CALIFORNIA WOMEN'S LAW CENTER

David K. Willingham (SBN 198874)
Radha Manthe (admitted *pro hac vice*)
Rachel Yeung (SBN 317361)
KING & SPALDING LLP

Chelsea Corey (admitted *pro hac vice*)
HAYNES AND BOONE, LLP

*Counsel for Plaintiffs*

By: /s Liam C. Holland

BRETT A. SHUMATE
  Acting Assistant Attorney
  General
ALEXANDER K. HAAS
  Director, Federal Programs Branch

*Farrell, et al., v. Department of Defense, et al.*, No. 3:23-cv-4013-JCS
Joint Stipulation to Substitute CWLC for LAAW and [Proposed] Order

1

LAUREN A. WETZLER
  Deputy Director, Federal Programs Branch
ANDREW E. CARMICHAEL
  Senior Trial Counsel
LIAM C. HOLLAND
  Trial Attorney

*Counsel for Defendants*

*Farrell, et al., v. Department of Defense, et al.*, No. 3:23-cv-4013-JCS
Joint Stipulation to Substitute CWLC for LAAW and [Proposed] Order

2

## [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS ORDERED that:

    Ms. Kristen and the California Women's Law Center are substituted for Legal Aid at Work as class counsel.

DATED: _____, 2025

                                    HON. JOSEPH C. SPERO
                                    United States Magistrate Judge

*Farrell, et al., v. Department of Defense, et al.*, No. 3:23-cv-4013-JCS
Joint Stipulation to Substitute CWLC for LAAW and [Proposed] Order

3