JOCELYN D. LARKIN (SBN 110817)
jlarkin@impactfund.org
IMPACT FUND
2080 Addison Street, Suite 5
Berkeley, CA 94704
Telephone: (510) 845-3473
Facsimile: (510) 845-3654

ELIZABETH KRISTEN (SBN 218227)
Elizabeth.kristen@cwlc.org
CALIFORNIA WOMEN'S LAW CENTER
360 N. Pacific Coast Hwy., Suite 2070
El Segundo, CA 90245
Telephone: (323) 951-1041

DAVID K. WILLINGHAM (SBN 198874)
dwillingham@kslaw.com
KING & SPALDING LLP
633 West Fifth Street, Suite 1600
Los Angeles, CA 90071
Telephone: (213) 443-4433
Facsimile: (213) 443-4310

*Counsel for Plaintiffs*
*(Additional Counsel listed on Signature Page)*

CHELSEA COREY (admitted *pro hac vice*)
chelsea.corey@haynesboone.com
HAYNES AND BOONE, LLP
50 S. Tryon Street, Suite 700
Telephone: (980) 771-8251
Facsimile: (980) 771-8201
*Counsel for Plaintiffs (cont.)*
(Additional Counsel with Signatures)

BRETT A. SHUMATE
    Acting Assistant Attorney General
ALEXANDER K. HAAS
    Director, Federal Programs Branch
LAUREN A. WETZLER
    Deputy Director, Federal Programs Branch
ANDREW E. CARMICHAEL
    Senior Trial Counsel
LIAM C. HOLLAND
    Trial Attorney
    Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L St., N.W.
Washington, D.C. 20005
Telephone: (202) 514-4964
E-mail: liam.c.holland@usdoj.gov

*Counsel for Defendants*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHERRILL FARRELL, *et al*., individually and on behalf of all others similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF DEFENSE; *et al.*,<br><br>Defendants. | CASE NO. 3:23-cv-4013-JCS<br><br>**JOINT STIPULATION TO SUBSTITUTE THE CALIFORNIA WOMEN'S LAW CENTER FOR LEGAL AID AT WORK AND [PROPOSED] ORDER** |

1  Whereas the Court appointed Legal Aid at Work one of class counsel for the conditionally-certified settlement class in its January 8, 2025 Order, ECF 85.

Whereas, Elizabeth Kristen is leaving her job at Legal Aid at Work and will be serving as the Legal Director at the California Women's Law Center (CWLC) as of February 18, 2025.

Whereas, Ms. Kristen was the lead and primary Legal Aid at Work lawyer currently working on this matter and will be available to continue working on this matter as part of her employment with CWLC.

Whereas, Ms. Kristen will continue to competently represent the class at CWLC and will submit a declaration detailing CWLC's class action experience.

Therefore, it is stipulated that Ms. Kristen and CWLC will be substituted as class counsel for Legal Aid at Work.

DATED: February 12, 2025

By: /s/ Lori Rifkin/

Jocelyn Larkin (SBN 110817)
Lindsay Nako (SBN 239090)
Lori Rifkin (SBN 244081)
Fawn Rajbhandari-Korr (SBN 315888)
Meredith Dixon (SBN 346864)
IMPACT FUND

Elizabeth Kristen (SBN 218227)
CALIFORNIA WOMEN'S LAW CENTER

David K. Willingham (SBN 198874)
Radha Manthe (admitted *pro hac vice*)
Rachel Yeung (SBN 317361)
KING & SPALDING LLP

Chelsea Corey (admitted *pro hac vice*)
HAYNES AND BOONE, LLP

*Counsel for Plaintiffs*

By:  /s Liam C. Holland

BRETT A. SHUMATE
   Acting Assistant Attorney
   General
ALEXANDER K. HAAS
   Director, Federal Programs Branch

*Farrell, et al., v. Department of Defense, et al.*, No. 3:23-cv-4013-JCS
Joint Stipulation to Substitute CWLC for LAAW and [Proposed] Order

1

| | |
|---|---|
| 1 | |
| 2 | LAUREN A. WETZLER |
|   |    Deputy Director, Federal Programs Branch |
| 3 | ANDREW E. CARMICHAEL |
|   |    Senior Trial Counsel |
|   | LIAM C. HOLLAND |
|   |    Trial Attorney |

*Counsel for Defendants*

*Farrell, et al., v. Department of Defense, et al.*, No. 3:23-cv-4013-JCS
Joint Stipulation to Substitute CWLC for LAAW and [Proposed] Order

2

**[~~PROPOSED~~] ORDER**

PURSUANT TO STIPULATION, IT IS ORDERED that:

    Ms. Kristen and the California Women's Law Center are substituted for Legal Aid at Work as class counsel.

DATED: February 14, 2025

HON. JOSEPH C. SPERO
United States Magistrate Judge

*Farrell, et al., v. Department of Defense, et al.*, No. 3:23-cv-4013-JCS
Joint Stipulation to Substitute CWLC for LAAW and [Proposed] Order

3