| | |
|---|---|
| JOCELYN D. LARKIN (SBN 110817)<br>jlarkin@impactfund.org<br>IMPACT FUND<br>2080 Addison Street, Suite 5<br>Berkeley, CA 94704<br>Telephone:   (510) 845-3473<br>Facsimile:    (510) 845-3654<br><br>ELIZABETH KRISTEN (SBN 218227)<br>Elizabeth.kristen@cwlc.org<br>CALIFORNIA WOMEN'S LAW CENTER<br>360 N. Pacific Coast Hwy., Suite 2070<br>El Segundo, CA 90245<br>Telephone:   (323) 951-1041<br><br>DAVID K. WILLINGHAM (SBN 198874)<br>dwillingham@kslaw.com<br>KING & SPALDING LLP<br>633 West Fifth Street, Suite 1600<br>Los Angeles, CA 90071<br>Telephone:   (213) 443-4433<br>Facsimile:    (213) 443-4310<br><br>CHELSEA COREY (*pro hac vice*)<br>chelsea.corey@haynesboone.com<br>HAYNES & BOONE, LLP<br>650 S. Tryon Street, Suite 700<br>Charlotte, NC 28202<br>Telephone:   (980) 771-8251<br>Facsimile:    (980) 771-8201<br><br>*Counsel for Plaintiffs*<br>(Additional Counsel with Signatures) | YAAKOV M. ROTH<br>   Acting Assistant Attorney General<br>ALEXANDER K. HAAS<br>   Director, Federal Programs Branch<br>LAUREN A. WETZLER<br>   Deputy Director, Federal Programs Branch<br>ANDREW E. CARMICHAEL<br>   Senior Trial Counsel<br>LIAM C. HOLLAND<br>   Trial Attorney<br>Civil Division, Federal Programs Branch<br>U.S. Department of Justice<br>1100 L St., N.W.<br>Washington, D.C. 20005<br>Telephone: (202) 514-4964<br>E-mail: liam.c.holland@usdoj.gov<br><br>*Counsel for Defendants* |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERRILL FARRELL, *et. al.*,<br><br>                          Plaintiffs,<br><br>          v.<br><br>UNITED STATES DEPARTMENT OF DEFENSE, *et. al*.,<br><br>                          Defendants. | CASE NO.  3:23-cv-4013 JCS<br><br>**JOINT STIPULATION OF DISMISSAL** |

The Court having approved settlement of all claims raised by Plaintiffs and the Class certified in the above-captioned action, pursuant to Federal Rules of Civil Procedure 23(e) and 41(a)(1)(A)(ii), the parties hereby stipulate to dismissal of this action with prejudice.

DATED: March 13, 2025

Jocelyn Larkin (SBN 110817)
Lindsay Nako (SBN 239090)
Lori Rifkin (SBN 244081)
Fawn Rajbhandari-Korr (SBN 315888)
Meredith Dixon (SBN 346864)
IMPACT FUND

Elizabeth Kristen (SBN 218227)
CALIFORNIA WOMEN'S LAW CENTER

David K. Willingham (SBN 198874)
Radha Manthe (admitted *pro hac vice*)
Rachel Yeung (SBN 317361)
KING & SPALDING LLP

Chelsea Corey (admitted *pro hac vice*)
HAYNES & BOONE, LLP

By: /s/ *Lori Rifkin*
     LORI RIFKIN

*Counsel for Plaintiffs*

YAAKOV M. ROTH
  Acting Assistant Attorney General
ALEXANDER K. HAAS
  Director, Federal Programs Branch
LAUREN A. WETZLER
  Deputy Director, Federal Programs Branch
ANDREW E. CARMICHAEL
  Senior Trial Counsel
LIAM C. HOLLAND
  Trial Attorney

By:  /s/ *Liam C. Holland*
     LIAM C. HOLLAND

*Counsel for Defendants*

Dated: March 14, 2025

[SEAL: IT IS SO ORDERED — Judge Joseph C. Spero — United States District Court, Northern District of California]

*Farrell v. DoD*, No. 3:23-cv-4013 JCS
Joint Stipulation of Dismissal

1